**Entered on Docket**
**October 04, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: October 3, 2018

**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>ARTEM KOSHKALDA,<br><br>        Debtor. | ) Case No. 18-30016 HLB<br>)<br>) Chapter 7<br>)<br>) |
| E. LYNN SCHOENMANN,<br><br>        Plaintiff,<br>v.<br><br>ARTEM KOSHKALDA,<br><br>        Defendant. | )<br>)<br>) Adv. Proc. No. 18-03059 HLB<br>)<br>)<br>)<br>)<br>) |

**ORDER RESCHEDULING SCHEDULING CONFERENCE**

The December 6, 2018 Scheduling Conference will convene on **December 4, 2018 at 2:00 p.m.** at 450 Golden Gate Avenue, San Francisco, California 94102, 16th Floor, Courtroom 19.

**\*\*END OF ORDER\*\***

## Court Service List

Artem Koshkalda
388 Potrero Ave.
Apt. 402
San Francisco, CA 94103

Artem Koshkalda
3408 Chitgar Place
San Jose, CA 95117-1666